# United States District Court
## Violation Notice

CVB Location Code: EC [illegible]

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6776456 | [illegible] | 2932 |

6776456

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08-20-18 2101
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 2.14(a)(1)

Place of Offense: Hwy 12 Between ramp 32 & 34

Offense Description: Factual Basis for Charge — HAZMAT ☐

Improper disposal of refuse, litter

### DEFENDANT INFORMATION

Last Name: REID
First Name: TIMOTHY
M.I.: D

---

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

2:18-MJ-1118-BO

$ 350 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 380 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Notice Served
PO 146454

Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signed]

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 09/11/2018 8:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08-20-2018
Date (mm/dd/yyyy)     Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/11/2018 8:57

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 20, 2018 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 2101 hours, while on patrol within the boundary of Cape Hatteras National Seashore, Officer Malionek and I, Officer Betancourt were heading south bound on Highway 12 in the area of ramp 32. I observed the driver of a 2002 Blue Ford F150 later identified as, REID, Timothy D., throw a cigarette butt outside the driver window with his hand. I pulled REID over on Highway 12 between ramp 32 and ramp 34.

I issued REID a violation notice for 36 CFR 2.14 (a) (1) Improper disposal of refuse litter.

I gave REID a verbal warning for failing to have the child in the back driver seat not wear her seatbelt.

**VIOLATION NOTICE: 6776456**

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☒ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08·20·2018      _Ariel Betancourt_
             Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)         U.S. Magistrate Judge